# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Victor Fugate, <br><br>    Plaintiff, <br><br> v. <br><br> Carolyn W. Colvin, <br><br>    Defendant. | Civil Action No.<br>13-3436- CV-S-JTM |

## O R D E R

On October 24, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed April 7, 2014, [Doc. 10] and the *Brief For Defendant*, filed June 23, 2014, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                          */s/ John T. Maughmer*
                            JOHN T. MAUGHMER
                           U. S. MAGISTRATE JUDGE